Peter A. Arhangelsky (SBN 291325)
Emord & Associates, P.C.
2730 S. Val Vista Dr.
Bldg. 6, Ste. 133
Gilbert, AZ 85295
P: (602) 388-8899
F: (602) 393-4361
E: parhangelsky@emord.com
Attorney for Plaintiff Youngevity International Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| YOUNGEVITY INTERNATIONAL CORP.,<br><br>           Plaintiff,<br><br>      v.<br><br>WAKAYA PERFECTION, LLC; TODD SMITH<br><br>           Defendants. | Case No. 4:17-cv-00193-EMC<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Judge: Edward M. Chen |
|---|---|

The Court, having reviewed Plaintiff's Notice of Voluntary Dismissal Without Prejudice, hereby DISMISSES THIS CASE WITHOUT PREJUDICE in accordance with Fed. R. Civ. Proc. 41(a)(1).

DATED: ___3 / 7_____, 2017.

IT IS SO ORDERED

Judge Edward M. Chen

[Proposed] Order Dismissing Case Without Prejudice — 4:17-cv-00193-EMC